Misc. No. 12–8029/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120667. On consideration of the writ-

appeal petition requesting the issuance of a writ of mandamus to disqualify the military judge in the pending court–martial of Major Nidal M. Hasan, and the accompanying motion to stay proceedings filed on July 18, 2012, it is ordered that said writ-appeal petition and motion to stay proceedings are hereby denied.